No. 75–750. CALVERT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–751. PACELLI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–753. BOYD v. UNITED STATES. Ct. Cl. Certiorari denied.
—.

No. 75–754. BROWN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 75–760. AKRON, CANTON & YOUNGSTOWN RAILROAD CO. ET AL. v. PACIFIC FRUIT EXPRESS CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–762. STANLEY ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–763. ALVARADO ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–764. LAFOUNTAIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–775. SHAPP, GOVERNOR OF PENNSYLVANIA, ET AL. v. ZARB, ADMINISTRATOR, FEDERAL ENERGY OFFICE, ET AL. Temp. Emerg. Ct. App. Certiorari denied.

No. 75–778. SCHERER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–796. HAMLING ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.